FILED
2013 May-29  AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HELEN WILLIAMS,** | } |
| **Plaintiff,** | } |
| v. | }   Case No.: 2:13-CV-282-RDP |
| **AT&T, et al.,** | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

This matter is before the court on (1) Defendants AT&T, EOS CCA, and U.S. Asset Management, Inc.'s Motion to Dismiss with Prejudice (Doc. # 15); and (2) Plaintiff's Stipulation to Dismiss Case with Prejudice; Motion for Court to Maintain Jurisdiction over Limited Issue of Good Faith Fraud Investigation, Only (Doc. # 16).  Both Motions (Docs. # 15 and 16) are **GRANTED**. The court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

The court will exercise continuing jurisdiction in the event a dispute arises about whether the fraud investigation contemplated by the parties' settlement is conducted in good faith.

**DONE** and **ORDERED** this     29th     day of May, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE